# United States District Court
# For The Western District of North Carolina
# Charlotte Division

RODNEY EDWARD WALL,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-754-FDW & 3:99-cr-24

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2012 Order.

Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court