UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-754-FDW
(3:99-cr-24-FDW-9)

| RODNEY EDWARD WALL, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on an unopposed motion of Petitioner, (Doc. No. 16), to hold his motion to vacate sentence pursuant to 28 U.S.C. § 2255[1] in abeyance pending resolution of the appeal in <u>United States v. Wheeler</u>, Fourth Circuit Case No. 16-6073. The Respondent has consented to the motion to stay.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 16), is **GRANTED**. The United States shall have 45 days after the Fourth Circuit issues <u>Wheeler</u> in which to move to re-open this case and file its response.

Signed: September 11, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] Petitioner alternatively seeks habeas relief under 28 U.S.C. § 2241, *coram nobis* under 28 U.S.C. § 1651(a), or a writ of *audita querela*.